**Order entered January 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00857-CV

**HUMITECH DEVELOPMENT CORPORATION AND EMIL LIPPE, JR., Appellants**

**V.**

**ALAN PERLMAN, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-9266-J**

## ORDER

The Court has before it appellants' December 21, 2012 motion for extension of time to file appellants' reply brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellants to file their reply brief by January 10, 2013.

/s/    MOLLY FRANCIS
        JUSTICE